UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEP 24 2024 PM 12:37
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

ANGELO SNEAD and
TOBIN SNEAD

CASE NO. 8:24cr424-KKM-SPF

18 U.S.C. § 641
(Theft of Government Money or Property)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Theft of Government Money or Property)

Beginning in or around October 2020, and continuing through in or about September 2021, in the Middle District of Florida, and elsewhere, the defendants,

ANGELO SNEAD and
TOBIN SNEAD,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendants' use and the use of another, more than $1,000 of money and a thing of value of the United States and the Department of the Air Force, a department and agency of the United States, that is, government-issued laptops, with intent to deprive the United States and the Department of the Air Force of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. §§ 641 and 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: at least $36,000 obtained from the offense, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Candace R*
Candace Garcia Rich
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Racketeering Section